UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS DEPTULA,

    Petitioner,

v.                               Case No.:  2:24-cv-52-SPC-KCD

WARDEN, DESOTO
CORRECTIONAL INSTITUTION,

    Respondent.
_____/

## **OPINION AND ORDER**

Before the Court is Petitioner Thomas Deptula's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1).  Deptula challenges a Florida court's 2008 order designating him a sexually violent predator.  Deptula made the same argument in a § 2254 habeas action filed in this district as Case No. 2:23-cv-128-JLB-KCD.  United States District Judge John Badalamenti dismissed that petition with prejudice because Deptula filed it well after the limitations period set in § 2244(d).  Deptula attempts to circumvent the statue of limitations by filing under § 2241.  The Eleventh Circuit squarely rejected that tactic in *Peoples v. Chatman*:

> Because there is a single habeas corpus remedy for those imprisoned pursuant to a State court judgment (authorized by § 2241 but subject to all of the restrictions of § 2254), and because one of those restrictions is the one-year statute of limitations set

out in § 2244(d), it follows that the one-year state of limitations applies to Peoples' petition.

393 F.3d 1352, 1353 (11th Cir. 2004). Like Peoples, Deptula is imprisoned pursuant to a State court judgment. Thus, the one-year statute of limitations applies regardless of the statute he cites in the caption of his petition.

Accordingly, it is now

**ORDERED:**

Petitioner Thomas Deptula's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED as untimely**.

**DONE** and **ORDERED** in Fort Myers, Florida on January 19, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2